## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**JAMETRIUS MCCON, et al**                                                              **PLAINTIFFS**

**VERSUS**                                                           **CASE 1:17cv77-LG-RHW**

**ADOLFO PEREZ; D&D EXPRESS TRANSPORT**               **DEFENDANTS**

**AND D&D EXPRESS TRANSPORT CORP**         **THIRD PARTY PLAINTIFF**

**VERSUS**

**DARYL D. WILLIAMS**                                       **THIRD PARTY DEFENDANT**

### PLAINTIFFS DARYL WILLIAMS, LARRY HENDERSON, AND LAMARIO HENDERSON'S
### NOTICE OF SERVICE OF DESIGNATION OF EXPERTS

NOTICE IS HEREBY GIVEN that the Plaintiffs Daryl Williams, Larry Henderson, and Lamario Henderson, by and through counsel of record, has this day served the following upon the Defendants in the above-styled and referenced matter:

1. Plaintiff Daryl Williams' Designation of Expert Witnesses
2. Plaintiff Larry Henderson's Designation of Expert Witnesses
3. Plaintiff Lamario Henderson's Designation of Expert Witnesses

RESPECTFULLY SUBMITTED, this the 8th day of December, 2017.

            Daryl Williams, Larry Henderson, Lamario Henderson,
            Plaintiffs

            BY: */s/ Kelly M. Williams*
                Kelly M. Williams

**OF COUNSEL:**
Aafram Y. Sellers, MSB# 100261
Kelly M. Williams, MSB# 104841
**SELLERS & ASSOCIATES, PLLC**

395 Edgewood Terrace Drive Jackson,
Mississippi 39206
Telephone: (601)352-0102
Facsimile: (601)352-0106

## **CERTIFICATE OF SERVICE**

I, Kelly M. Williams, one of the Attorneys for Plaintiff, do hereby certify that I have this day forwarded, via electronic mail through the Court's ECF system, a true and correct copy of the Plaintiffs Daryl Williams, Lamario Henderson, and Larry Henderson Notice of Service of Plaintiffs' Designation of Experts to the following:

Larry G. Canada Kathryn
Breard Platt
GALLOWAY, JOHNSON,
TOMPKINS, BURR & SMITH
2510 14th Street, Suite 910
Gulfport, MS 39501
Email: lcanada@gallowaylawfirm.com
Email: kplatt@gallowaylawfirm.com
*Attorneys for Defendant/Third Party*
*Plaintiff,*
*D&D Express Transport Corp. & Defendant Adolfo Perez*

Edward P. Rowan (ROWAE3430)
P.O. Box 894
Mobile, Alabama 36601
Ph: (251) 433-3131
Fax: (251) 433-420
Attorney for Jametrius McCon

THIS, the 8th day of December, 2017.

*/s/ Kelly M. Williams*
KELLY M. WILLIAMS