# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JAMETRIUS MCCON, DARYL D. WILLIAMS,**
**LARRY HENDERSON and LAMARIO HENDERSON**            **PLAINTIFFS**

**VERSUS**            **CASE 1:17cv77-LG-RHW**

**ADOLFO PEREZ and D&D EXPRESS TRANSPORT CORP**      **DEFENDANTS**

**-AND-**

**D&D EXPRESS TRANSPORT CORP**            **COUNTER-PLAINTIFF**

**VERSUS**

**DARYL D. WILLIAMS**            **COUNTER-DEFENDANT**

## NOTICE OF SERVICE

**NOTICE IS HEREBY GIVEN** that Defendants, Adolfo Perez and D&D Express Transport Corp (collectively referred to as "Defendants"), by and through their attorneys of record at Galloway, Johnson, Tompkins, Burr & Smith, have this date served in the above entitled action the following:

1. FIRST SUPPLEMENTAL AND AMENDED RULE 26 INITIAL DISCLOSURES OF ADOLFO PEREZ AND D&D EXPRESS TRANSPORT CORP; and

2. DESIGNATION OF EXPERT WITNESSES OF DEFENDANTS ADOLFO PEREZ AND D&D EXPRESS TRANSPORT CORP

Counsel for Defendants retains the originals as custodian thereof.

Respectfully submitted, this 8th day of January, 2018.

           ADOLFO PEREZ and D&D EXPRESS
           TRANSPORT CORP

           By:    */s/ Kathryn Platt*
                 KATHRYN BREARD PLATT (#102141)
                 CAROLAN D. LUNING (#105419)

GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
2510 14th Street, Suite 910
Gulfport, MS 39501
Telephone: (228) 214-4250
Facsimile: (228) 214-9650
Email: kplatt@gallowaylawfirm.com
Email: cluning@gallowaylawfirm.com
*Attorneys for Defendants, Adolfo Perez and D&D Express Transport Corp*

## CERTIFICATE OF SERVICE

I, Kathryn Breard Platt, one of the attorneys for Defendants, Adolfo Perez and D&D Express Transport Corp, do hereby certify that I have this date served the above and foregoing *Notice of Service* upon all counsel of record and interested persons via the Court's ECF filing system.

So certified, this 8th day of January, 2018.

  /s/ Kathryn Platt
KATHRYN BREARD PLATT (#102141)