UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAMETRIUS MCCON et al                                                                                PLAINTIFFS

VERSUS                                                              CIVIL ACTION NO. 1:17CV77-LG-RHW

ADOLFO PEREZ et al                                                                                   DEFENDANTS

## ORDER GRANTING MOTION TO COMPEL

Before the Court is Defendants' motion to exclude non-retained expert testimony, or in the alternative, to compel supplementation of expert disclosures and expert interrogatories. Doc. [150]. Plaintiffs have not filed a response in opposition to the motion; therefore, the motion is granted in part pursuant to Local Rule 7(b)(3)(E). The Court notes that subsequent to Defendants' filing the motion to compel, Plaintiffs LaMario Henderson, Larry Henderson, and Daryl D. Williams served supplemental expert designations, supplemental disclosures, and supplemental responses to interrogatories. *See* Doc. [159] [160] [161]. These supplemental discovery responses were filed prior to Plaintiffs' deadline to file a response in opposition to the motion to compel. Accordingly, the relief requested in Defendants' motion may be moot. Based on the pleadings, the Court cannot determine whether the motion is moot.

Based on the foregoing, the Court finds that Defendants' motion should be granted such that, if they have not done so already, Plaintiffs shall have until **March 8, 2018**, to serve Defendants with supplemental actor-expert disclosures. The motion to exclude testimony is denied at this time. However, if Plaintiffs' disclosures remain insufficient, Defendants may re-urge their motion to exclude testimony.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants' [150] Motion to Compel is GRANTED. The Motion to Exclude is DENIED, subject to re-urging.

SO ORDERED AND ADJUDGED, this the 28th day of February, 2018.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE