# STATE OF MISSISSIPPI UNIFORM CRASH REPORT

**Agency Number:** 9030 — **Agency Case Number:** 080424160001  Page 01 of 07

**Agency Name:** MISSISSIPPI HIGHWAY PATROL - TROOP K

**G1. County:** 30
**G2. Status Code:** C / P / U

**G3. Reported Date (MM/DD/YYYY):** 04/24/2016
**G4. Reported Time (2400):** 0427
**G5. Officer Time — Arrival Time (2400):** 0443 — **10-24 Time (2400):** 0600
**G6. Vehicles:** 02  **G7. Killed:** 00  **G8. Injured:** 04

**G9. Address Number:** [blank]
**G10. Street Name:** [blank]
**G11. Hwy/County Road #:** 10
**G12. Traffic Flow Direction:** ● E

**G13. Int.:** ● N
**G14. Distance:** 001.00 **F**
**G15. Direction:** ● S
**G16. Intersecting Street Name:** 67 MILE MARKER
**G17. Int. Hwy/County Road #:** 10

**G18. City Name:** [blank]
**G19. Latitude:** N 30 26.016
**G20. Longitude:** W 088 34.015

### Crash with OMV in Road
- ● Rear end slow or stop
- ○ Rear end turn
- ○ Left turn same roadway
- ○ Left turn cross traffic
- ○ Right turn cross traffic
- ○ Head on
- ○ Sideswipe
- ○ Angle
- ○ Hit and run

### Non-Crash in Road
- ○ Overturn
- ○ Jackknife
- ○ Fell from vehicle
- ○ Other

### Crash of MV in Road with
- ○ Pedestrian
- ○ Parked Vehicle
- ○ Train
- ○ Bicyclist
- ○ Deer
- ○ Animal (other than deer)

### Fixed Object
- ○ Bridge/Culvert
- ○ Embankment/Ditch/Curb
- ○ Guardrail/Median Barrier
- ○ Tree
- ○ Utility pole/light support
- ○ Other fixed object
- ○ Sign Post
- ○ Signal standard

### Non-Fixed Object
- ○ Building/Other Structure
- ○ Maint. Equip. - Not Moving
- ○ Maint. Equip. - Moving
- ○ Other non-fixed object

- ● Roadway
- ○ Off-Roadway
- ○ Median
- ○ Roadside
- ○ Shoulder
- ○ Parking Lot
- ○ Gore

- ○ None
- ○ Four-way Inter
- ○ Y - Intersection
- ○ Crossover
- ○ Driveway
- ○ Five-point or more
- ○ Off Ramp
- ○ On Ramp
- ○ Path/Trail
- ○ RR Xing
- ○ Traffic Circle/Round
- ○ Y - Intersection

- ○ City Street
- ○ State Highway
- ○ U.S. Highway
- ○ County Road
- ○ Parking Lot/Private Drive
- ● Interstate
- ○ Off Road
- ○ State Park

- ○ Daylight
- ○ Dark-Lit
- ● Dark-Unlit
- ○ Dawn
- ○ Dusk

- ● Dry
- ○ Wet
- ○ Water
- ○ Sand/Mud/Dirt/Oil/Gravel
- ○ Ice
- ○ Slush
- ○ Snow

- ☒ Clear  ☐ Blown Debris
- ☐ Rain   ☐ Fog/Smog/Smoke
- ☐ Cloudy ☐ Sleet/Hail
- ☐ High winds ☐ Snow

- ● Not Workzone Related
- ○ Within Construction Zone
- ○ Advance Warning Area

- ☒ None
- ☐ Intermittent or Moving Work
- ☐ Lane Closure
- ☐ Lane Shift/Crossover
- ☐ Shoulder/Median Work
- ☐ Utility

**G30. First Name:** [blank]  **M** [blank]  **Last Name:** [blank]
**G38. First Name:** [blank]  **M** [blank]  **Last Name:** [blank]

**G31. Address:** [blank]  **G32. Phone Number:** [blank]
**G39. Address:** [blank]  **G40. Phone Number:** [blank]

**G33. City:** [blank]  **G34. State:** [blank]  **G35. Zip Code:** [blank]
**G41. City:** [blank]  **G42. State:** [blank]  **G43. Zip Code:** [blank]

**G36. Sex:** ○ M ○ F  **G37. Age:** [blank]
**G44. Sex:** ○ M ○ F  **G45. Age:** [blank]

**G46. Badge Number:** K-41
**G47. Investigating Officer Name (Please Print):** Trooper Joshua P. LaCap
**G48. Officer Signature:** *Trooper Joshua P. LaCap*

**G49. Reviewing Badge Number:** B118
**G50. Reviewing Officer Initials:** JCM
**G51. Photos Taken:** ● Y ○ N
**G52. Photographer and Badge #:** TROOPER JOSHUA P. LACAP



PLAINTIFF'S EXHIBIT D

From:SRHS-FINANCIAL SERVICES    228 769 9903    08/16 2016 13:58    #443 P.009/015
08/16/2016 TUE 13:37 FAX    ☒002/007

| MUCR Diagram/Narrative | Agency Number | Agency Case Number | | |
|---|---|---|---|---|
| | 9 0 3 0 | 0 8 0 4 2 4 1 6 0 0 1 | Page 0 2 | of 0 7 |

**N1. Collision Diagram**

I 10

(diagram showing I-10 with vehicles, V2 labeled)

**N2. Collision Narrative**

VEHICLE 1 AND VEHICLE 2 WERE EASTBOUND ON I-10. IN AN ATTEMPT TO AVOID COLLIDING WITH VEHICLE 1, V2 CAME INTO A SKID, THEN V2'S FRONT COLLIDED WITH V1'S REAR IN THE RIGHT EASTBOUND LANE OF I-10. AFTER IMPACT, V1 AND V2 CAME TO FINAL REST IN THE EASTBOUND EMERGENCY SHOULDER, SOUTH OF I-10, FACING EAST.

NOTES:

DRIVER OF VEHICLE 1 STATED HIS VEHICLE RAN OUT OF GAS AND VEHICLE CAME TO AN ABRUPT STOP.

From: SRHS-FINANCIAL SERVICE    228 769 9903    08/1 .016 13:59    #443 P.011/015

08/16/2016 TUE 13:37 FAX    ☒003/007

## MUCR Person/Occupant

- V0, Veh. #: 01
- P0, Person #: 01
- Agency Number: 9030
- Agency Case Number: 08042416001
- Page 03 of 07

**P1. Person Type:** ● Driver ○ Pedestrian ○ Bicyclist ○ Skater ○ Other non-motorist ○ Train Engineer ○ Hit and Run Driver ○ LE

**P2. Driver License #:** 801083750
**P3. State:** MS
**P4. DOB (MM/DD/YYYY):** 08/04/1985

Regular Operator / COL Class:
- ● Regular Operator ○ A
- ○ Motorcycle ○ B
- ○ Class D (MS only) ○ C
- ○ Valid ○ Suspended - DUI
- ○ No License ○ Learner Permit
- ○ Expired ○ Improper DL
- ● Suspended ○ Other

**P6. First Name:** DARYL  **MI:** D  **Last Name:** WILLIAMS
**P7. Address:** 2313 PRINCE GEORGE
**P8. Phone Number:** 2263697472
**P9. City:** GAUTIER  **P10. State:** MS  **P11. Zip Code:** 39553

Restraint:
- ☒ Shoulder & Lap Belt
- ☐ None
- ☐ Lap Belt
- ☐ Automated Restraint

Injury:
- ○ None
- ○ Complaint of Pain
- ○ Moderate
- ○ Life Threatening
- ○ Killed

Airbag:
- ☐ Shoulder Belt
- ☐ Child Safety Seat
- ☐ Helmet

Ejected:
- ● Not
- ○ Partially
- ○ Totally

Extricated: ● N ○ Y

Sex: ● M ○ F

Race:
- ○ White ○ Hispanic
- ● Black ○ Other

Seat Position:
- ● Left ○ Center ○ Right

EMS: ● EMS ○ Police ○ Hearse ○ Not Transported ○ Private Vehicle
**P17. EMS Agency Code:** 0381
**P18. Medical Facility Code:** 0040

Airbag Deployment:
- ○ Deployed - Front  ● Not Deployed
- ○ Deployed - Side   ○ No Airbag
- ○ Deployed - Both

Condition:
- ● No Defects Apparent
- ○ Unknown
- ○ Hit and Run
- ○ Drinking - Not Impaired
- ○ Drinking - Impaired
- ○ Fell Asleep/Fainted/Fatigue
- ○ Obviously Intoxicated
- ○ Physical Impairment
- ○ Affected by Exhaust Fumes
- ○ Using Drugs - Impaired
- ○ Using Drugs - Not Impaired
- ○ Pending Lab Results

Non-motorist:
- ○ Unknown
- ○ Entering/Crossing Roadway
- ○ Walking/running/playing/cycling
- ○ Working
- ○ Pushing vehicle
- ○ Approaching/leaving vehicle
- ○ Playing/working on vehicle
- ○ Standing

Test:
- ● None  ○ Serum
- ○ Blood  ○ Urine
- ○ Breath
- ● None given  ○ Test given
- ○ Test refused  ○ Test given, pending

Contributing Circumstances:
- ☐ No Apparent Improper Driving
- ☐ Failed to Yield Right of Way
- ☐ Following Too Closely
- ☐ Speed Too Fast For Conditions
- ☐ Driving Under The Influence
- ☐ Animal on Roadway
- ☒ Faulty Equipment
- ☐ Exceeded Lawful Speed
- ☐ Improper Passing/Overtaking
- ☐ Made Improper Turn
- ☐ Left of Center
- ☐ Failure to keep proper lane/Run off road
- ☐ Avoidance
- ☐ Drove on Wrong Side of Road
- ☐ Fatigued/Asleep
- ☐ Illegally Crossing Median
- ☐ Improper Lane Change
- ☐ Lying and/or Illegally in roadway
- ☐ Not Visible (Dark Clothing)
- ☐ Operating Defective Equipment
- ☐ Passed Stop Sign
- ☐ Pedestrian Actions
- ☐ Ran Red Light
- ☐ Roadway Defects
- ☐ Visibility Obstructed
- ☐ Improper Backing
- ☐ See Crash Description

Drug Test:
- ● None  ○ Serum
- ○ Blood  ○ Urine
- ● None given  ○ Test given, pending
- ○ Test refused  ○ Test given

Cellular Phone In Use? ○ Y ● N

---

**00. Vehicle #:** 01  **01. First Name:** LAMARIO  **M:** S  **Last Name:** HENDERSON
**02. Address** Same as Person #: **03. Address:** 3413 KIMBERLY DR
**04. City:** MOSS POINT  **05. State:** MS  Unborn Child ☐

Sex: ● M ○ F
Race: ○ White ○ Hispanic ● Black ○ Other
Age: 26
Ejected: ● Not ○ Partially ○ Totally  ○ M ● N / ○ Y ● Y... (unclear)

Seat Position:
- ○ Front-Driver  ○ 3rd-middle
- ○ Front-Middle  ○ 3rd-right
- ● Front-right   ○ Sleeper of Truck Cab
- ○ 2nd-left      ○ Encl. Pass./Cargo Area
- ○ 2nd-middle    ○ Unencl. Pass./Cargo Area
- ○ 2nd-right     ○ Riding on Exterior
- ○ 3rd-left      ○ Towed Vhcl./Trailer

Restraint:
- ☒ Shoulder and Lap Belt
- ☐ None
- ☐ Lap Belt
- ☐ Automated Restraint
- ☐ Shoulder Belt
- ☐ Child Safety Seat
- ☐ Helmet

Injury:
- ○ None  ○ Life Threatening
- ● Complaint of Pain
- ○ Moderate  ○ Killed

Airbag:
- ○ Deployed - Front  ● Not Deployed
- ○ Deployed - Side   ○ No Airbag
- ○ Deployed - Both

EMS: ● EMS ○ Police ○ Hearse ○ Not Transported ○ Private Vehicle
**016. EMS Agency Code:** 0381
**017. Medical Facility Code:** 0040

---

**00. Vehicle #:** 01  **01. First Name:** LARRY  **M:** W  **Last Name:** HENDERSON
**02. Address** Same as Person #: **03. Address:** 3414 SHORTCUT RD
**04. City:** PASCAGOULA  **05. State:** MS  Unborn Child ☐

Sex: ● M ○ F
Race: ○ White ○ Hispanic ● Black ○ Other
Age: 29

Seat Position:
- ● Front-Driver  ○ 3rd-middle
- ○ Front-Middle  ○ 3rd-right
- ○ Front-right   ○ Sleeper of Truck Cab
- ○ 2nd-left      ○ Encl. Pass./Cargo Area
- ○ 2nd-middle    ○ Unencl. Pass./Cargo Area
- ○ 2nd-right     ○ Riding on Exterior
- ○ 3rd-left      ○ Towed Vhcl./Trailer

Restraint:
- ☒ Shoulder and Lap Belt
- ☐ None
- ☐ Lap Belt
- ☐ Automated Restraint
- ☐ Shoulder Belt
- ☐ Child Safety Seat
- ☐ Helmet

Ejected: ● Not ○ Partially ○ Totally

Injury:
- ○ None  ○ Life Threatening
- ● Complaint of Pain
- ○ Moderate  ○ Killed

Airbag:
- ○ Deployed - Front  ● Not Deployed
- ○ Deployed - Side   ○ No Airbag
- ○ Deployed - Both

EMS: ● EMS ○ Police ○ Hearse ○ Not Transported ○ Private Vehicle
**016. EMS Agency Code:** 0381
**017. Medical Facility Code:** 0040

From: SRHS-FINANCIAL SERVICE    228 769 9903    08/1. .016 13:59    #443 P.012/015

08/16/2016 TUE 13:37 FAX    ☒004/007

## MUCR Vehicle

| Field | Value |
|---|---|
| V0. Vehicle | 01 |
| V1. Total Occupants | 04 |
| Agency Number | 9030 |
| Agency Case Number | 08042160001 |
| Page | 04 of 07 |

### Vehicle Information

- V. VIN: 1G4BN52P2SR405417
- V2. State: MS
- V3. Year: 2017
- V4. Non-Expiring: (unchecked)
- V6. License Plate Number: JHC689
- V9. Damage: H L N (L marked)
- V5. Make: BUICK
- V6. Model Year: 1998
- V10. Speed Zone: 70
- V7. Vehicle Model: ROADMASTER
- V8. Vehicle Color: WHIT
- V11. Pt. Scraped: 58
- V17. No Proof of Insurance: (unchecked)

### Owner Information

- Same as Driver: (unchecked)
- V12. Owner Name: DARYL OR MITCHELL TAM WILLIAMS
- V13. Address: 3414 SHORTCUT ROAD APT 152
- V14. City: PASCAGOULA
- V15. State: MS
- V16. Zip Code: 39581
- V18. Insurance Company Name: FRED PRICE
- V19. Policy Number: CH315214600

### Collision / Non-Collision / Fixed Object columns

Collision w/ Person, Vehicle/Non-fixed Object:
- Animal
- Bicyclist
- Maintenance Equip.
- Moving Vehicle (marked col 1)
- Parked Vehicle
- Pedestrian
- Train
- Slowing Vehicle
- Stopped Vehicle in Road
- Other Moveable Object

Non-Collision:
- Cargo Loss/Shift
- Crossover
- Equipment Failure
- Fell/Jump from Vehicle
- Fire/Explosion
- Immersion
- Jackknife
- Median/Centerline
- Thrown/Falling Object
- Off roadway/Left
- Off roadway/Right
- Overturn/Rollover
- Unit Separation
- Over Correcting/Steering
- Downhill runaway

Collision w/ Fixed Object:
- Attenuator/Cushion
- Bridge Structure
- Culvert
- Curb
- Ditch
- Embankment
- Fence
- Guardrail
- Mailbox
- Median Barrier
- Post/Pole/Support
- Tree
- Other Fixed Object

Vehicle Damaged/Destroyed State Property? ○ Y ● N

State Property Damaged (Select all that apply):
☐ Signage ☐ Cable Barrier
☐ Signals ☐ Concrete Barrier
☐ Lighting ☐ Other Concrete Structure
☐ Guardrail ☐ Other (See Narrative)

- ○ Going Straight
- ○ Making Left Turn
- ○ Stopped
- ○ Slow/Stop in Road
- ○ Parked
- ○ Backing
- ○ Making Right Turn
- ○ Avoidance
- ○ Lane Change
- ○ Leaving Parking
- ○ Overtaking/Passing
- ○ Parking Position
- ○ Making U Turn
- ○ In Tow

### Vehicle Type
● Passenger Car
○ Pickup Truck
○ SUV
○ Van/Stationwagon
○ Pass Van Towing Trailer
○ Motorcycle
○ RV
○ ATV
○ Bus
○ Truck/Tractor/Trailer(s)
○ Farm Tractor
○ Farm Equipment
○ Emergency Vehicle
○ Other
○ Unknown Truck
○ Tram

V22a. Hazmat Placard/Cargo? ○ Yes ● No

### Traffic Control / Roadway
- ○ Channel-Painted
- ○ Channel-Physical
- ○ Flag Person
- ○ Flashing Signal (Red)
- ○ Flashing Signal (Yellow)
- ○ No Passing
- ● None
- ○ Officer
- ○ RR Flashing Signal
- ○ RR Signal & Gate
- ○ Signal
- ○ Stop Sign
- ○ Railroad Sign
- ○ Yield Sign

V27. Device Functioning? ○ Yes ○ No

- ○ Straight/Level
- ○ Intersect two roads
- ○ Straight/Grade
- ○ Curve/Level
- ○ Straight/Hillcrest
- ○ Curve/Grade
- ● Bridge
- ○ Private Drive
- ○ Curve/Hillcrest
- ○ Crossover
- ○ Begin/End Divided Road
- ○ One-Way

- ● 2 Lane ○ 3 Lane
- ○ 4+ Lane ○ Frontage/Ramp
- ○ Parking Lot ○ One Way
- ○ 1 Lane ○ Unpaved

V30. Divided? ○ Yes ○ No
V31. Center Turn Lane? ○ Yes ○ No

- ● Asphalt
- ○ Concrete
- ○ Dirt
- ○ Gravel
- ○ Other - See Narrative

● None
○ Right only
○ Left Only
○ Both Sides
○ Supreme
○ Signed

V33. Towed? ● Yes ○ No
V33a. Due to Disabling Damage? ● Yes ○ No
V34. Authority: ○ Owner ● Police ○ Other
V35. Towed By: PRESLEY'S TOWING

### Commercial Vehicle

- C1. Carrier ID Number: (blank)
- C2. Authority: ○ US DOT ○ State ○ Mexico ○ MC ○ Canada
- C3. Carrier Name: (blank)
- C4. Carrier Address: (blank)
- C5. City / C6. State / C7. Zip Code: (blank)
- C8. GVWR/GCWR:
  - ○ 10,000 lbs or less
  - ○ 10,001 lbs to 26,000 lbs
  - ○ Greater than 26,000 lbs
- C9. (vehicle config):
  - ○ Auto transporter
  - ○ Bus (seats 9-15 incl. driver)
  - ○ Bus (seats 16 or >, incl. driver)
  - ○ Vehicle Towing Motor Vehicle
  - ○ Van/enclosed box
  - ○ Grain/chips/gravel
  - ○ Cargo tank
  - ○ Flatbed
  - ○ Garbage/refuse
  - ○ Intermodal
  - ○ Concrete Mixer
  - ○ Pole
  - ○ Log
  - ○ Dump
  - ○ Other
  - ○ None
- C10. Commodity Hauled: (blank)
- C11. Placard ID: (blank)
- C12. HAZMAT Released: ○ Yes ○ No
- C13. (vehicle class):
  - ○ Passenger Car (only if has HM Placard)
  - ○ Light Truck (only if has HM Placard)
  - ○ Bus (seats 9-15 incl. driver)
  - ○ Bus (seats 16 or more, incl. driver)
  - ○ Single-Unit Truck (2 axles, 6 tires)
  - ○ Single-Unit Truck (3 or more axles)
  - ○ Truck/Trailer(s) (Single-Unit Truck with Trailer(s))
  - ○ Truck/Tractor (Bobtail)
  - ○ Truck/Semi-Trailer (one trailer)
  - ○ Tractor/Doubles (two trailers)
  - ○ Tractor/Triples (three trailers)
  - ○ Other Heavy Truck (> 10,000 lbs)
- C14. Carrier Type:
  - ○ Intrastate
  - ○ Interstate
  - ○ Not In Commerce - Other Truck or Bus
  - ○ Not In Commerce - Government
  - ○ Other Operations/Not Specified

## MUCR Person/Occupant

- V0. Veh. #: 02
- P0. Person #: 02
- Agency Number: 9030
- Agency Case Number: 0804216001
- Page 05 of 07

**P1. Person Type:** ● Driver ○ Pedestrian ○ Bicyclist ○ Skater ○ Other non-motorist ○ Train Engineer ○ Hit and Run Driver ○ LE

**P2. Driver License:** P621000673730
**P3. State:** FL

Regular Operator / CDL Class:
- ○ Regular Operator  ○ A
- ○ Motorcycle  ○ B
- ○ Class D (MS only)  ○ C

**P5. DOB (MM/DD/YYYY):** 10/13/1987

● Valid  ○ Suspended - DUI
○ No License  ○ Learner Permit
○ Expired  ○ Improper DL
○ Suspended  ○ Other

**P6. First Name:** ADOLFO  **MI:** P  **Last Name:** PEREZ
**P7. Address:** 450 NW 61ST AVENUE
**P8. Phone Number:** 7864060460
**P9. City:** MIAMI  **P10. State:** FL  **P11. Zip Code:** 33126

Restraint:
- ● Shoulder & Lap Belt
- ○ None
- ○ Lap Belt
- ○ Automated Restraint
- ○ Shoulder Belt
- ○ Child Safety Seat
- ○ Helmet

Injury:
- ○ None
- ○ Complaint of Pain
- ○ Moderate
- ○ Life Threatening
- ○ Killed
- ○ Not
- ○ Partially
- ○ Totally

Extricated: ● N  ○ Y
Sex: ● M  ○ F

Race:
- ○ White  ○ Hispanic
- ○ Black  ● Other

Seat Position: ● Left  ○ Center  ○ Right

Air Bag:
- ○ Deployed - Front  ● Not Deployed
- ○ Deployed - Side  ○ No Airbag
- ○ Deployed - Both

● Not Transported  ○ Police  ○ Hearse
○ EMS  ○ Private Vehicle
**P17. EMS Agency Code:** ___
**P18. Medical Facility Code:** ___

Condition:
- ● No Defects Apparent
- ○ Unknown
- ○ Hit and Run
- ○ Drinking - Not impaired
- ○ Drinking - Impaired
- ○ Fell Asleep/Fainted/Fatigue
- ○ Obviously Intoxicated
- ○ Physical Impairment
- ○ Affected by Exhaust Fumes
- ○ Using Drugs - Impaired
- ○ Using Drugs - Not Impaired
- ○ Pending Lab Results

Action:
- ○ Unknown
- ○ Entering/Crossing Roadway
- ○ Walking/running/playing/cycling
- ○ Working
- ○ Pushing vehicle
- ○ Approaching/leaving vehicle
- ○ Playing/working on vehicle
- ○ Standing

Alcohol Test:
- ● None  ○ Serum
- ○ Blood  ○ Urine
- ○ Breath
- ● None given  ○ Test given
- ○ Test refused  ○ Test given, pending

Contributing Circumstances:
- ☐ No Apparent Improper Driving
- ☐ Failed to Yield Right of Way
- ■ Following Too Closely
- ☐ Speed Too Fast For Conditions
- ☐ Driving Under The Influence
- ☐ Animal on Roadway
- ☐ Faulty Equipment
- ☐ Exceeded Lawful Speed
- ☐ Improper Passing/Overtaking
- ☐ Made Improper Turn
- ☐ Left of Center
- ☐ Failure to keep proper lane/Run off road
- ☐ Avoidance
- ☐ Drove on Wrong Side of Road
- ☐ Fatigued/Asleep
- ☐ Illegally Crossing Median
- ☐ Improper Lane Change
- ☐ Lying and/or Illegally in roadway
- ☐ Not Visible (Dark Clothing)
- ☐ Operating Defective Equipment
- ☐ Passed Stop Sign
- ☐ Pedestrian Actions
- ☐ Ran Red Light
- ☐ Roadway Defects
- ☐ Visibility Obstructed
- ☐ Improper Backing
- ☐ See Crash Description

Drug Test:
- ● None  ○ Serum
- ○ Blood  ○ Urine
- ● None given  ○ Test given, pending
- ○ Test refused  ○ Test given

Cellular Phone in Use? ○ Y  ● N

---

### Occupant

- 00. Vehicle #: 02
- 01. First Name: CARLOS
- MI: M
- Last Name: LAGUNA
- 02. Address: Same as Person #
- 03. Address: 142 W 10TH STREER APT 2
- 04. City: HIALEAH
- 05. State: FL

Unborn Child ☐

Seat Position:
- ○ Front-Driver  ○ 3rd-middle
- ○ Front-Middle  ○ 3rd-right
- ● Front-right  ○ Sleeper of Truck Cab
- ○ 2nd-left  ○ End. Pass./Cargo Area
- ○ 2nd-middle  ○ Unend. Pass./Cargo Area
- ○ 2nd-right  ○ Riding on Exterior
- ○ 3rd-left  ○ Towed Vhcl./Trailer

Restraint:
- ● Shoulder and Lap Belt
- ☐ None
- ☐ Lap Belt
- ☐ Automated Restraint
- ☐ Shoulder Belt
- ☐ Child Safety Seat
- ☐ Helmet

Sex: ● M  ○ F
Race: ○ White ○ Hispanic ○ Black ● Other
Age: 38

Injury:
- ● Not
- ○ Partially
- ○ Totally
- ● None
- ○ Complaint of Pain
- ○ Moderate
- ○ Killed
- ○ Life Threatening

Air Bag:
- ○ Deployed - Front  ● Not Deployed
- ○ Deployed - Side  ○ No Airbag
- ○ Deployed - Both

● Not Transported  ○ Police  ○ Hearse
○ EMS  ○ Private Vehicle
016. EMS Agency Code: ____
017. Medical Facility Code: ____

---

### Occupant

- 00. Vehicle #: __
- 01. First Name: __
- 02. Address: Same as Person #
- 03. Address: __
- 04. City: __
- 05. State: __

Unborn Child ☐

Seat Position:
- ○ Front-Driver  ○ 3rd-middle
- ○ Front-Middle  ○ 3rd-right
- ○ Front-right  ○ Sleeper of Truck Cab
- ○ 2nd-left  ○ End. Pass./Cargo Area
- ○ 2nd-middle  ○ Unend. Pass./Cargo Area
- ○ 2nd-right  ○ Riding on Exterior
- ○ 3rd-left  ○ Towed Vhcl./Trailer

Restraint:
- ☐ Shoulder and Lap Belt
- ☐ None
- ☐ Lap Belt
- ☐ Automated Restraint
- ☐ Shoulder Belt
- ☐ Child Safety Seat
- ☐ Helmet

Sex: ○ M  ○ F
Race: ○ White ○ Hispanic ○ Black ○ Other

Injury:
- ○ No
- ○ Partially
- ○ Totally
- ○ None
- ○ Complaint of Pain
- ○ Moderate
- ○ Killed
- ○ Life Threatening

Air Bag:
- ○ Deployed - Front  ○ Not Deployed
- ○ Deployed - Side  ○ No Airbag
- ○ Deployed - Both

○ Not Transported  ○ Police  ○ Hearse
○ EMS  ○ Private Vehicle
016. EMS Agency Code: ____
017. Medical Facility Code: ____

## MUCR Vehicle Report

**Vehicle:** 02 | **Total Occupants:** 02 | **Agency Number:** 0030 — 0804241600001 | **Page:** 06 of 07

### Vehicle Information

- **V1. VIN:** 1FUJGLCK38LY72335
- **V2. State:** FL
- **V3. Year:** 2017
- **V4. License Plate Number:** F1766U
- **V5. Make:** FREIGHTLIN
- **V6. Model Year:** 2008
- **V10. Speed Zone:** 70
- **V11. Est. Speed:** 65
- **V7. Vehicle Model:** TRACTOR
- **V9. Damage:** N (none on L, N on right)
- **V17. No Proof of Insurance:** ☐

### Owner Information

- **V12. Owner Name:** D & D EXPRESS TRANSPORT CORPORATION
- **V13. Address:** 242 W 19TH ST
- **V14. City:** HILEAH
- **V15. State:** FL
- **V16. Zip Code:** 33011-2581
- **V18. Insurance Company Name:** NATIONAL INDEMNITY
- **V19. Policy Number:** 74TRS062376

### Vehicle Damaged/Destroyed State Property? ● N

**Collision w/ Fixed Object, Non-Collision, Collision w/ Person/Vehicle/Non-Fixed Object:** (checkboxes — Slowing Vehicle marked)

**Vehicle Type:** Truck/Tractor(Trailers) selected

**V22a. Hazmat Placard/Cargo?** ● No

**Traffic Control:** None

**Roadway:** Bridge; 2 Lane; Asphalt; Divided

**Maneuver:** Avoidance

**V27. Device Functioning?** —

**V33. Towed?** ● Yes
**V33a. Due to Disabling Damage?:** ● Yes
**V34. Authority:** ● Police
**V35. Towed By:** ALL AMERICAN TOWING

### Commercial Vehicle

- **C1. Carrier ID Number:** 82079C  **C2. Authority:** ● US DOT
- **C3. Carrier Name:** D & D EXPRESS TRANSPORT CORPORATION
- **C4. Carrier Address:** 242 W 19TH ST
- **C5. City:** HILEAH  **C6. State:** FL  **C7. Zip Code:** 33011-2581
- **C8. GVWR/GCWR:** ● Greater than 26,000 lbs
- **C9. Cargo Body Type:** ● Van/enclosed box
- **C10. Commodity Hauled:** PRODUCE
- **C11. Placard ID:** —
- **C12. HAZMAT Released:** ○ Yes ○ No
- **C13. Vehicle Configuration:** ● Truck/Semi-Trailer(one trailer)
- **C14. Carrier Type:** ● Interstate

From: SRHS-FINANCIAL SERVICES     228 769 9903          08/16/2016 14:00      #443 P.015/015

08/16/2016 TUE 13:38 FAX                                                       ☐007/007

**MUCR Additional Occupants**

Agency Number: 9030 — Agency Case Number: 0804216000 1    Page 07 of 07

### Occupant

- 00. Vehicle #: 01
- 01. First Name: JAMETRIUS
- M: J
- Last Name: MCCON
- 03. Address: 5708 EASTWOOD DRIVE
- 04. City: MOSS POINT
- 05. State: MS
- ● M  ○ F
- ○ White  ○ Hispanic  ● Black  ○ Other
- Age: 30
- ○ M  ● N  ○ Y  ○ Y
- ● Not  ○ Partially  ○ Totally
- Seat position: 2nd-left
- Restraint: Shoulder and Lap Belt
- Injury: ● Complaint of Pain
- Airbag: ● Not Deployed
- Transport: ● EMS
- 016. EMS Agency Code: 0381
- 017. Medical Facility Code: 0040

### Occupant
(blank)

### Occupant
(blank)

### Occupant
(blank)

From: SRHS-FINANCIAL SERVICES    228 769 9903    08/10 2016 13:56    #443 P.002/015

Daryl Williams

# STATE OF MISSISSIPPI UNIFORM CRASH REPORT

**Agency Number:** 9030
**Agency Case Number:** 0804216 0001
**Page** 01 **of** 06

**Agency Name:** MISSISSIPPI HIGHWAY PATROL - TROOP K

- **G1. County:** 30
- **G2. Status Code:** C
- **G3. Reported Date (MM/DD/YYYY):** 04/24/2016
- **G4. Reported Time (2400):** 0427
- **G5. Officer Time — Arrival Time (2400):** 0443
- **10-24 Time (2400):** 0600
- **G6. Vehicles:** 02
- **G7. Killed:** 00
- **G8. Injured:** 03
- **G11. Hwy/County Road #:** 10
- **G12. Trafficflow Direction:** E
- **G13. Int:** N
- **G14. Distance:** 001.00
- **G15. Direction:** M / S
- **G16. Intersecting Street Name:** 67 MILE MARKER
- **G17. Int. Hwy/County Road #:** 10
- **G19. Latitude:** N 30 26.016
- **G20. Longitude:** W 088 34.015

**G21. First Harmful Event:** Rear end slow or stop

**G22. Crash Location:** Roadway

**G23. Intersection Type:** None

**G24. Roadway System:** Interstate

**G25. Light Condition:** Dark-Unlit
**G26. Road Condition:** Dry
**G27. Weather Condition (2):** Clear
**G28. Workzone Relationship:** Not Workzone Related
**G29. Workzone Type (2):** None

**G46. Badge Number:** K-41
**G47. Investigating Officer Name:** Trooper Joshua P. LaCap
**G48. Officer Signature:** Trooper Joshua P. LaCap
**G49. Reviewing Badge Number:** B118
**G50. Reviewing Officer Initials:** JCM
**G51. Photos Taken:** Y
**G52. Photographer and Badge #:** TROOPER JOSHUA P. LACAP

From: SRHS-FINANCIAL SERVICES    228 769 9903    08/18  /16 13:56    #443 P.003/015



| MUCR Diagram/Narrative | Agency Number: 9 0 3 0 | Agency Case Number: 0 8 0 4 2 4 1 6 0 0 0 1 | Page 0 2 of 0 6 |

**N1. Collision Diagram**

**N2. Collision Narrative**

VEHICLE 1 AND VEHICLE 2 WERE EASTBOUND ON I-10. IN AN ATTEMPT TO AVOID COLLIDING WITH VEHICLE 1, V2'S FRONT COLLIDED WITH V1'S REAR IN THE RIGHT EASTBOUND LANE OF I-10. AFTER IMPACT, V1 AND V2 CAME TO FINAL REST IN THE EASTBOUND EMERGENCY SHOULDER, SOUTH OF I-10, FACING EAST.

From: SRHS-FINANCIAL SERVICES    228 769 9903    08/10 J16 13:57    #443 P.004/015

## MUCR Person/Occupant

- VO. Veh. #: 01
- PO. Person #: 01
- Agency Number: 9030
- Agency Case Number: 08042160001
- Page: 03 of 06

**P1. Person Type:** ● Driver

**P2. Driver License #:** 801083750
**P3. State:** MS
**P4. Driver's License Class:** ● Regular Operator
**P5. DOB (MM/DD/YYYY):** 08/04/1985
**P6. First Name:** DARYL
**MI:** D
**Last Name:** WILLIAMS
**P7. Address:** 3414 SHORTCUT ROAD APT 152
**P8. Phone Number:** 2283697472
**P9. City:** PASCAGOULA
**P10. State:** MS
**P11. Zip Code:** 39581
**P12. VL Status:** ● Suspended

**Safety Equipment:** ✖ Shoulder & Lap Belt
**Injury Type:** ○ None (Complaint of Pain — not marked clearly)
**Ejection:** ● Not
**Extricated:** ● N
**Sex:** ● M
**Race:** ● Black
**Position:** ● Left
**Airbag:** ○ Deployed - Front / ● Not Deployed

**P17. EMS Agency Code:** 0381
**P18. Medical Facility Code:** 0040

**P19. Condition:** ● No Defects Apparent

**P20. Non-Motorist Action:** (none marked)

**P21. Contributing Circumstance:** ✖ Faulty Equipment

**Alcohol Test Information:**
- Type: ● None
- Status: ● None given

**Drug Test Information:**
- Type: ● None
- Status: ● None given

**Cellular Phone in Use?** ● N

---

### Occupant

- 00. Vehicle #: 01
- 01. First Name: LAMARIO
- M: S
- Last Name: HENDERSON
- 02. Address: Same as Person #
- 03. Address: 3413 KIMBERLY DR
- 04. City: MOSS POINT
- 05. State: MS
- Unborn Child: ☐

- Sex: ● M
- Race: ● Black
- Age: 26
- Extricated: ● N
- Ejection: ● Not
- Position: ● Front-right
- Injury Type: ● Complaint of Pain
- Safety Equipment: ✖ Shoulder and Lap Belt
- Airbag: ● Not Deployed

- Not Transported / Police / Hearse / ● EMS / Private Vehicle
- 016. EMS Agency Code: 0381
- 017. Medical Facility Code: 0040

---

### Occupant

- 00. Vehicle #: 01
- 01. First Name: LARRY
- M: W
- Last Name: HENDERSON
- 02. Address: Same as Person #
- 03. Address: 3414 SHORTCUT RD
- 04. City: PASCAGOULA
- 05. State: MS
- Unborn Child: ☐

- Sex: ● M
- Race: ● Black
- Age: 29
- Extricated: ● N
- Ejection: ● Not
- Position: ● 2nd-left
- Injury Type: ● Complaint of Pain
- Safety Equipment: ✖ Shoulder and Lap Belt
- Airbag: ● Not Deployed

- Not Transported / Police / Hearse / ● EMS / Private Vehicle
- 016. EMS Agency Code: 0381
- 017. Medical Facility Code: 0040

## Vehicle Information

- MUCR Vehicle
- V0. Vehicle: 01
- V1. Total Occupants: 03
- Agency Number: 9030
- Agency Case Number: 08042416 0001
- Page 04 of 06

**V. VIN:** 1G4BN52P2SR405417
**V2. State:** MS
**V3. Year:** 2017
**V3a. Non-Expiring:** ☐
**V4. License Plate Number:** JHC689
**V9. Damage:** H ● L ○ N ○
**V5. Make:** BUICK
**V6. Model Year:** 1997
**V10. Speed Zone:** 0
**V7. Vehicle Model:** ROADMASTER
**V8. Vehicle Color:** WHIT
**V11. Est. Speed:** 58

## Owner Information

- Same as Driver: ☐
- V12. Owner Name: DARYL OR MITCHELL TAM WILLIAMS
- V13. Address: 3414 SHORT CUT RD APT152
- V14. City: PASCAGOULA
- V15. State: MS
- V16. Zip Code: 39581
- V17. No Proof of Insurance: ☒
- V18. Insurance Company Name:
- V19. Policy Number:

### V20. Sequence of Events

**Collision w/ Person, Vehicle/Non-fixed Object:** Moving Vehicle (1 selected)
**Non-Collision:** (none)
**Collision w/ Fixed Object:** (none)

### V20a. State Property / V20b. Damaged Property
- Vehicle Damaged/Destroyed State Property? ○ Y ● N

### V21. Vehicle Action
- Slow/Stop in Road ●

### V22. Vehicle Type
- Passenger Car ●

### V22a. Hazmat Placard/Cargo?
- ○ Yes ● No

### V23. Initial Contact
(diagram)

### V24. Direction of Travel
(compass — SE selected)

### V25. Bikeway Type
- None ●

### V26. Vehicle Critical Device
- None ●

### V27. Device Functioning?
- ○ Yes ○ No

### V28. Road Character
- Straight/Level ●
- Bridge ●

### V29. Road Design
- 2 Lane ●

### V30. DMded? ○ Yes ○ No
### V31. Center Turn Lane? ○ Yes ○ No

### Road Surface Type
- Asphalt ●

### V33. Towed? ● Yes ○ No
### V33a. Due to Disabling Damage?: ● Yes ○ No
### V34. Authority: ● Police
### V35. Towed By: PRESLEY'S TOWING

## Commercial Vehicle

- C1. Carrier ID Number:
- C2. Authority:
- C3. Carrier Name:
- C4. Carrier Address:
- C5. City:
- C6. State:
- C7. Zip Code:
- C8. GVWR/GCWR:
- C10. Commodity Hauled:
- C11. Placard ID:
- C12. HAZMAT Released: ○ Yes ○ No
- C14. Carrier Types:

## MUCR Person/Occupant

- V0. Veh. #: 0 2
- P0. Person #: 0 2
- Agency Number: 9 0 3 0
- Agency Case Number: 0 8 0 4 2 4 1 6 0 0 0 1
- Page: 0 5 of 0 6

**P1. Person Type:** ● Driver ○ Pedestrian ○ Bicyclist ○ Skater ○ Other non-motorist ○ Train Engineer ○ Hit and Run Driver ○ LE

**P2. Driver License #:** P621000673730
**P3. State:** F L

**P4. Driver's License Class:**
- ○ Regular Operator
- ○ Motorcycle
- ○ Class D (MS only)

**CDL Class:**
- Regular Operator ● A
- ○ B
- ○ C

**P5. DOB (MM/DD/YYYY):** 1 0 / 1 3 / 1 9 6 7

**P12. DL Status:**
- ● Valid
- ○ Suspended - DUI
- ○ No License
- ○ Learner Permit
- ○ Expired
- ○ Improper DL
- ○ Suspended
- ○ Other

**P6. First Name:** ADOLFO   **MI:** P   **Last Name:** PEREZ

**P7. Address:** 450 NW 61ST AVENUE
**P8. Phone Number:** 7864060460
**P9. City:** MIAMI   **P10. State:** F L   **P11. Zip Code:** 33126

**P22. Safety Equip.:**
- ☒ Shoulder & Lap Belt
- ☐ None
- ☐ Lap Belt
- ☐ Automated Restraint
- ☐ Shoulder Belt
- ☐ Child Safety Seat
- ☐ Helmet

**P23. Injury Type:**
- ● None
- ○ Complaint of Pain
- ○ Moderate
- ○ Life Threatening
- ○ Killed

**P24. Ejection:**
- ● Not
- ○ Partially
- ○ Totally

**P25. Extricated:** ● N ○ Y

**P26. Sex:** ● M ○ F

**P27. Race:** ○ White ○ Hispanic ○ Black ● Other

**P28. Position:** ● Left ○ Center ○ Right

**P13. Cited:** ○ Y ● N ○ P

**P16. Transported:**
- ● Not Transported
- ○ EMS
- ○ Police
- ○ Private Vehicle
- ○ Hearse

**P17. EMS Agency Code:** [  ]
**P18. Medical Facility Code:** [  ]

**P29. Airbag:**
- ○ Deployed - Front
- ○ Deployed - Side
- ○ Deployed - Both
- ● Not Deployed
- ○ No Airbag

**P19. Condition:**
- ● No Defects Apparent
- ○ Unknown
- ○ Hit and Run
- ○ Drinking - Not Impaired
- ○ Drinking - Impaired
- ○ Fell Asleep/Fainted/Fatigue
- ○ Obviously Intoxicated
- ○ Physical Impairment
- ○ Affected by Exhaust Fumes
- ○ Using Drugs - Impaired
- ○ Using Drugs - Not Impaired
- ○ Pending Lab Results

**P20. Non-Motorist Action:**
- ○ Unknown
- ○ Entering/Crossing Roadway
- ○ Walking/running/playing/cycling
- ○ Working
- ○ Pushing vehicle
- ○ Approaching/leaving vehicle
- ○ Playing/working on vehicle
- ○ Standing

**P30. Alcohol Test Type:** ● None ○ Serum ○ Blood ○ Urine ○ Breath

**P31. Status:** ● None given ○ Test given ○ Test refused ○ Test given, pending

**P21. Contributing Circumstance:**
- ☐ No Apparent Improper Driving
- ☐ Failed to Yield Right of Way
- ☒ Following Too Closely
- ☐ Speed Too Fast For Conditions
- ☐ Driving Under The Influence
- ☐ Animal on Roadway
- ☐ Faulty Equipment
- ☐ Exceeded Lawful Speed
- ☐ Improper Passing/Overtaking
- ☐ Made Improper Turn
- ☐ Left of Center
- ☐ Failure to keep proper lane/Run off road
- ☐ Avoidance
- ☐ Drove on Wrong Side of Road
- ☐ Fatigued/Asleep
- ☐ Illegally Crossing Median
- ☐ Improper Lane Change
- ☐ Lying and/or Illegally in roadway
- ☐ Not Visible (Dark Clothing)
- ☐ Operating Defective Equipment
- ☐ Passed Stop Sign
- ☐ Pedestrian Actions
- ☐ Ran Red Light
- ☐ Roadway Defects
- ☐ Visibility Obstructed
- ☐ Improper Backing
- ☐ See Crash Description

**P32. Result:** [  ]

**Drug Test Information**
**P33. Type:** ● None ○ Serum ○ Blood ○ Urine
**P34. Status:** ● None given ○ Test given, pending ○ Test refused ○ Test given

**P35. Cellular Phone in Use?** ○ Y ● N

---

### Occupant

- **O0. Vehicle #:** 0 2
- **O1. First Name:** CARLOS   **M:** M   **Last Name:** LAGUNA
- **O2. Address Same as Person #:** [  ]
- **O3. Address:** 142 W 10TH STREER APT 2
- **O4. City:** HIALEAH   **O5. State:** F L
- **Unborn Child:** ☐

**O6. Position:**
- ○ Front-Driver
- ○ Front-Middle
- ● Front-right
- ○ 2nd-left
- ○ 2nd-middle
- ○ 2nd-right
- ○ 3rd-left
- ○ 3rd-middle
- ○ 3rd-right
- ○ Sleeper of Truck Cab
- ○ Encl. Pass./Cargo Area
- ○ Unencl. Pass./Cargo Area
- ○ Riding on Exterior
- ○ Towed Vhcl./Trailer

**O7. Safety Equip.:**
- ☒ Shoulder and Lap Belt
- ☐ None
- ☐ Lap Belt
- ☐ Automated Restraint
- ☐ Shoulder Belt
- ☐ Child Safety Seat
- ☐ Helmet

**O8. Sex:** ● M ○ F
**O9. Race:** ○ White ○ Hispanic ○ Black ● Other
**O10. Age:** 3 8
**O11. Extricated:** ○ M ● N / ○ Y ○ Y
**O12. Ejection:** ● Not ○ Partially ○ Totally
**O13. Injury Type:** ● None ○ Life Threatening ○ Complaint of Pain ○ Moderate ○ Killed
**O14. Airbag:** ○ Deployed - Front ● Not Deployed ○ Deployed - Side ○ No Airbag ○ Deployed - Both

**O15. Transported:** ● Not Transported ○ EMS ○ Police ○ Private Vehicle ○ Hearse
**O16. EMS Agency Code:** [  ]
**O17. Medical Facility Code:** [  ]

---

### Occupant

- **O0. Vehicle #:** [  ]
- **O1. First Name:** [  ]   **M:** [  ]   **Last Name:** [  ]
- **O2. Address Same as Person #:** [  ]
- **O3. Address:** [  ]
- **O4. City:** [  ]   **O5. State:** [  ]
- **Unborn Child:** ☐

**O6. Position:**
- ○ Front-Driver
- ○ Front-Middle
- ○ Front-right
- ○ 2nd-left
- ○ 2nd-middle
- ○ 2nd-right
- ○ 3rd-left
- ○ 3rd-middle
- ○ 3rd-right
- ○ Sleeper of Truck Cab
- ○ Encl. Pass./Cargo Area
- ○ Unencl. Pass./Cargo Area
- ○ Riding on Exterior
- ○ Towed Vhcl./Trailer

**O7. Safety Equip.:**
- ☐ Shoulder and Lap Belt
- ☐ None
- ☐ Lap Belt
- ☐ Automated Restraint
- ☐ Shoulder Belt
- ☐ Child Safety Seat
- ☐ Helmet

**O8. Sex:** ○ M ○ F
**O9. Race:** ○ White ○ Hispanic ○ Black ○ Other
**O10. Age:** [  ]
**O11. Extricated:** ○ M ○ N / ○ Y ○ Y
**O12. Ejection:** ○ Not ○ Partially ○ Totally
**O13. Injury Type:** ○ None ○ Life Threatening ○ Complaint of Pain ○ Moderate ○ Killed
**O14. Airbag:** ○ Deployed - Front ○ Not Deployed ○ Deployed - Side ○ No Airbag ○ Deployed - Both

**O15. Transported:** ○ Not Transported ○ EMS ○ Police ○ Private Vehicle ○ Hearse
**O16. EMS Agency Code:** [  ]
**O17. Medical Facility Code:** [  ]

From: SRHS-FINANCIAL SERVICES    228 769 9903    08/10 J16 13:58    #443 P.007/015

## MUCR Vehicle

| Field | Value |
|---|---|
| V0. Vehicle | 02 |
| V1. Total Occupants | 02 |
| Agency Number | 9030 |
| Agency Case Number | 08042160001 |
| Page | 06 of 06 |

### Vehicle Information

- V. VIN: 1FUJGLCK38LY72335
- V2. State: FL
- V3. Year: 2017
- V4. License Plate Number: F1766U
- V9. Damage: N (●)
- V5. Make: FREIGHTLIN
- V6. Model Year: 2008
- V10. Speed Zone: 70
- V7. Vehicle Model: TRACTOR
- V11. Est. Speed: 65
- V17. No Proof of Insurance: ☐

### Owner Information

- V12. Owner Name: D & D EXPRESS TRANSPORT CORPORATION
- V13. Address: 242 W 19TH ST
- V14. City: HILEAH
- V15. State: FL
- V16. Zip Code: 33011-2581
- V16. Insurance Company Name: NATIONAL INDEMNITY
- V18. Policy Number: 74TRS062376

### V20. Sequence of Events

Collision w/ Person, Vehicle/Non-fixed Object; Non-Collision; Collision w/ Fixed Object (options listed)

Marked: Slowing Vehicle (position 1)

### V21. Vehicle Action
- ● Avoidance

### V22. Vehicle Type
- ● Truck/Tractor/Trailer(s)

### V22a. Hazmat Placard/Cargo?: ● No

### V23. Initial Contact
(diagram — front marked)

### V24. Direction of Travel: E

### V25. Roadway Type: ● None

### V26. Traffic Control Device: ● None
### V27. Device Functioning?: (blank)

### V28. Road Character: Bridge (●)

### V29. Road Design
- ● 2 Lane
- V30. Divided? (blank)
- V31. Center Turn Lane? (blank)

### V32. Road Surface Type: ● Asphalt

### V33. Towed?: ● Yes
### V33a. Due to Disabling Damage?: ● Yes
### V34. Authority: ● Police
### V35. Towed By: ALL AMERICAN TOWING

## Commercial Vehicle

- C1. Carrier ID Number: 82079C
- C2. Authority: ● US DOT
- C3. Carrier Name: D & D EXPRESS TRANSPORT CORPORATION
- C4. Carrier Address: 242 W 19TH ST
- C5. City: HILEAH
- C6. State: FL
- C7. Zip Code: 33011-2581
- C8. GVWR/GCWR: ● Greater than 26,000 lbs
- C9. Cargo Body Type: ● Van/enclosed box
- C10. Commodity Hauled: PRODUCE
- C11. Placard ID: (blank)
- C12. HAZMAT Released: (blank)
- C13. Truck/Semi-Trailer(one trailer) ●
- C14. Carrier Types: ● Interstate