# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| JAMETRIUS MCCON, | PLAINTIFF |
| VERSUS | CASE 1:17cv77-LG-RHW |
| ADOLFO PEREZ; D&D EXPRESS TRANSPORT | DEFENDANTS AND |
| D&D EXPRESS TRANSPORT CORP | THIRD PARTY PLAINTIFF |
| VERSUS | |
| DARYL D. WILLIAMS | THIRD PARTY DEFENDANT |

## **PLAINTIFF JAMETRIUS MCCON'S FIRST MOTION IN LIMINE**

The Plaintiff Jametrius McCon hereby requests that this Honorable Court grant this First Motion in Limine, based on the following:

1. Defendant D&D Express and Adolfo Perez have failed to preserve probative and material evidence in this case—the driver logbooks of Perez, and the "black box" or Electronic Control Module ("ECM") data of the tractor driven by Perez, showing the speed and braking of the tractor for 59 seconds leading up to the wreck at issue.

2. Even Defendants agree that this evidence is important information in determining issues in this case. Defendants' independent adjuster and investigator, David Wilton, admitted this in his deposition. Defendant Perez admitted that driver logbooks are the best evidence to show whether a driver is driving over the allowed hours, potentially causing him to be impaired. According to Plaintiff's accident reconstruction Expert, Gary Johnson, the tractor's ECM would have shown 59 seconds of speeds and braking, which is crucial evidence in this case.

3.     Based on Mississippi law as stated in the recent case *Renner v. Retzer Resources, Inc.*, 236 So.3d 810, 816 (Miss.2017), if a Defendant negligently or wantonly allows material evidence to be destroyed, a jury instruction on the issue of spoliation should be given by the Court.

4.     Plaintiff McCon requests that this Court allow evidence of spoliation to be presented to the jury and also requests that this Court consider the appropriate jury instruction at the conclusion of this case.

5.     In support of this motion, Plaintiff submits a memorandum, and the following exhibits:

    **A. 49 CFR § 395.8(k) regarding Driver Logbooks**

    **B. Deposition excerpts of Defendant Adolfo Perez**

    **C. Deposition excerpts of D&D Express Employee Carlos Laguna**

    **D. Deposition excerpts of D&D Express independent adjuster and investigator David Wilton**

    **E. D&D's First Supplemental Responses to the Requests for Production Propounded by Plaintiff McCon dated September 29, 2017**

    **F. Deposition excerpts of D&D Express (Isumi Duran)**

    **G. Deposition excerpts of Trooper Joshua LaCap**

    **H. Report of Plaintiff's Expert Gary Johnson**

    **I. Attorney Ed Rowan's Letter requesting preservation of evidence**

    **J. Defendants' Expert Report of Shannon Burgess**

**K. David Wilton Email regarding preservation of evidence**

Respectfully submitted, this the 17th day of April, 2018.

        Taylor Martino, P.C.
        Attorney for the Plaintiff

By:   */s/ Edward P. Rowan*
      Edward P. Rowan (ROWAE3430; MS Bar no. 101279)
      P.O. Box 894
      Mobile, Alabama 36601
      Ph: (251) 433-3131
      Fx: (251) 433-4207
      Email:  Ed@taylormartino.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 17th day of April 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the attorneys who have appeared in this case.

Kathryn Breard Platt
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
2510 14th Street, Suite 910
Gulfport, MS 39501
Email: kplatt@gallowaylawfirm.com
*Attorney for Defendant/Third Party Plaintiff,*
*D&D Express Transport Corp. & Defendant Adolfo Perez*

Kelly Williams
Aafram Y. Sellers
SELLERS & ASSOCIATES, PLLC
5760 I-55 North, Suite 300
Jackson, MS 39211
Email: aafram@sellerslaw.net
*Attorneys for Plaintiffs Williams and Hendersons*

KEVIN GAY ATTORNEY AT LAW, PLLC
Post Office Box 12301
Jackson, MS 39236
Telephone: (601) 497-4950
E-Mail: kgay@kglawms.com
*Attorney for Plaintiff Daryl D. Williams*

        */s/ Edward P. Rowan*
        Edward P. Rowan