# Ed Rowan

| | |
|---|---|
| **From:** | Kelsey Baker |
| **Sent:** | Friday, May 20, 2016 4:39 PM |
| **To:** | dwilton@hesterinc.net |
| **Cc:** | Ed Rowan |
| **Subject:** | Darryl Williams; CJ Hester File #: 16G-0964; Claim #: 74-23-391119 |
| **Attachments:** | 01.Wilton.pdf |

Please find attached correspondence from Ed Rowan. Thank you.

*Kelsey Baker*
Paralegal to Edward Rowan
Taylor Martino, P.C.
51 St. Joseph Street
Mobile, Alabama 36602
251-433-3131
251-433-4207 facsimile
Kelsey@taylormartino.com

**CONFIDENTIALITY NOTICE:** The information contained in this communication is PRIVILEGED AND CONFIDENTIAL and intended only for the use of the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Immediately notify us by return email if you have received this communication in error. Please delete this communication and any copies thereof.



1



+Richard H. Taylor
Steven A. Martino
+Edward P. Rowan
W. Lloyd Copeland
W. Bradford Kittrell
+Mallory J. Mangold
Kenneth A. Metzger

* Also Admitted in Mississippi

May 20, 2016

**VIA E-MAIL**
David Wilton
E-mail: dwilton@hesterinc.net

RE:   **Darryl Williams**

Dear Mr. Wilton:

Confirming our conversation yesterday, I request the inspection of the 2008 Freightliner in order to download the ECM/EDR. I have contacted Gary Johnson of VEAR, Inc. who is highly qualified at downloading EDR's. He informed me that this vehicle's data is definitely downloadable.

Please contact me about scheduling a mutually convenient place and time to conduct said inspection. You informed me that the tractor is back in use, and performing trips from Miami to California. I suggest scheduling a time for the download in Mobile or Birmingham while the tractor is passing through the Alabama area. In the meantime, we request that the EDR/ECM be preserved, protected and untouched until the mutual download happens. Thank you for your assistance.

With kindest regards, I remain,

Sincerely yours,

EDWARD P. ROWAN
For the Firm

EPR/klb

51 Saint Joseph Street
Post Office Box 894
Mobile, Alabama 36601
www.TaylorMartino.com

*Representing Victims For Over 30 Years*

Tel: (251) 433-3131
Fax: (251) 433-4207
Fax: (251) 405-5080
Toll Free: (800) 256-7728