## Sonya Paul

| | |
|---|---|
| From: | dwilton@hesterinc.net |
| Sent: | Tuesday, May 24, 2016 2:10 PM |
| To: | reports@nationalindemnity.com |
| Cc: | Charlene Barnes; Cathy Hester; Sonya Paul; Vedia Warr |
| Subject: | Claim #74-23-391119; File #16G-0964; Insured: D & D Express Transport Corp dba D & D Transport; Claimant: Daryl Williams |
| Attachments: | 16G-0964 Attorney letter.pdf.PDF |

Claim #: 74-23-391119
CJ HESTER INC File #: 16G-0964
Insured: D & D Express Transport Corp dba D & D Transport

The following comments were included:

Kathi,

The claimant attorney has sent the attached e-mail requested we provide our insured unit for the purpose of downloading the ECM. We feel this would also be beneficial to our position to do so as our driver states he was travelling between 45 and 50 MPH. We would want our own expert available for the download.

I have spoken to the insured and they have advised the rig does travel through Mobile which would allow for the download.

Please advise if you wish to comply. We have to be concerned about spoliation claim since we have been placed on notice if we do not agree. Again, I do think it could be a positive for our position and establishing the percentage of comparative negligence we face. We await your response.

Dave Wilton
Senior Adjuster/Investigator
CJ HESTER INC
Adjusters/Investigators
Post Office Box 16065 (Mailing)
Mobile, Alabama 36616

4088 Government Blvd. (Physical)
Mobile, AL 36693
dwilton@hesterinc.net
www.hesterinc.net

Tel 251-342-8400
Fax 251-342-6330
Cell 251-767-1120

AL-MS-North Florida-South & North Central GA - South Louisiana & Middle Tennessee