# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMETRIUS MCCON, DARYL D. WILLIAMS,** | |
| **LARRY HENDERSON and LAMARIO HENDERSON** | **PLAINTIFFS** |
| **VERSUS** | **CASE 1:17cv77-LG-RHW** |
| **ADOLFO PEREZ and D&D EXPRESS TRANSPORT CORP** | **DEFENDANTS** |
| **-AND-** | |
| **D&D EXPRESS TRANSPORT CORP** | **COUNTER-PLAINTIFF** |
| **VERSUS** | |
| **DARYL D. WILLIAMS** | **COUNTER-DEFENDANT** |

## AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS AND COUNTER-CLAIMS BY AND BETWEEN DARYL WILLIAMS, LARRY HENDERSON, LAMARIO HENDERSON, ADOLFO PEREZ, AND D&D EXPRESS TRANSPORT CORP

Before the Court is the joint *ore tenus* motion of the parties herein to dismiss all claims and counter-claims with prejudice by and between Plaintiffs, Daryl Williams, Larry Henderson and Lamario Henderson, and Defendants, Adolfo Perez and D&D Express Transport Corp, and after having duly considered said joint *ore tenus* motion to dismiss, the Court is of the opinion that said motion is well taken and should be granted. It is therefore,

ORDERED AND ADJUDGED that all claims asserted in this cause, or which could have been asserted in this cause, by Plaintiffs, Daryl Williams, Larry Henderson and Lamario Henderson, against Defendants, Adolfo Perez and D&D Express Transport Corp, are hereby dismissed with prejudice. It is further,

ORDERED AND ADJUDGED that all claims asserted in this cause, or which could have been asserted in this cause, by Defendants, Adolfo Perez and D&D Express Transport Corp,

against Plaintiffs, Daryl Williams, Larry Henderson and Lamario Henderson, are hereby dismissed with prejudice.

All parties shall bear their own costs.

**SO ORDERED AND ADJUDGED** this the 29th day of August, 2018.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

AGREED TO AS TO FORM AND CONTENT:

 */s/ Kevin E. Gay*
KEVIN E. GAY (#100721)
*Attorney for Plaintiff/Counter-Defendant, Daryl Williams*

 */s/ Kelly M. Williams*
KELLY M. WILLIAMS (#104841)
*Attorney for Plaintiffs, Daryl Williams, Larry Henderson and Lamario Henderson*

 */s/ Kathryn Platt*
KATHRYN BREARD PLATT (#102141)
*Attorney for Defendants, Adolfo Perez and D&D Express Transport Corp*
*And Counter-Plaintiff, D&D Express Transport Corp*