IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAMETRIUS MCCON                                                PLAINTIFF


v.                                              CIVIL NO. 1:17cv00077-LG-RHW


ADOLFO PEREZ, ET AL                                           DEFENDANTS


## CERTIFICATION OF EXHIBITS

We have reviewed the exhibits with the Clerk of Court and hereby certify that all exhibits have been properly admitted and that the record is correct and complete.


DATED: _____9/28/18_____


_____              _____
Edward P. Rowan, Esq.                  Corban Gunn, Esq.
Counsel for Plaintiff                  Counsel for Plaintiff


_____              _____
Andrea L. Albert, Esq.                 Kathryn Breard Platt, Esq.
Counsel for Defendants                 Counsel for Defendants